**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 2:22-MJ-00143-SMM

UNITED STATES OF AMERICA

v.

SALVADOR ALBERTO-RAMOS,

_____/

FILED BY ___YAR___ D.C.
Nov 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  _____

DIANA M. ACOSTA
Assistant United States Attorney
FL Bar No.        775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Diana.Acosta@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Diana Acosta

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.

SALVADOR ALBERTO-RAMOS,

*Defendant(s)*

Case No. 2:22-MJ-00143-SMM

**FILED BY** YAR **D.C.**

***Nov 2, 2022***

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 30, 2022** in the county of **Indian River** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a)(1) and (b)(1) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Pablo Ponce, Border Patrol Agent, United States Border Patrol
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: 11/2/2022

City and state: Fort Pierce, Florida

*Judge's signature*

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Pablo Ponce, being duly sworn, depose and state as follows:

1. I am a Border Patrol Agent for the United States Department of Homeland Security, United States Border Patrol, and have served in that position since 1998. I am currently assigned as the Prosecution Agent for the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Agent, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Salvador ALBERTO-RAMOS ("ALBERTO-RAMOS") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326 (a) and (b)(1).

3. On October 30, 2022, United States Border Patrol (Border Patrol), with assistance from the Indian River County Sheriff's Office, arrested ALBERTO-RAMOS at the Ay Jalisco restaurant in Sebastian, Florida. Earlier that day, Border Patrol had received information that ALBERTO-RAMOS, a previously removed alien, was working as a waiter at the restaurant. An initial records search showed that ALBERTO-RAMOS had previously been removed from the United States.

4. As part of the booking process, Border Patrol officials fingerprinted ALBERTO-RAMOS and electronically submitted the fingerprints to a federal database, maintained by the

Department of Homeland Security. The submission triggered a positive match for an alien previously removed from the United States.

5. I reviewed records in the Immigration and Customs Enforcement database belonging to ALBERTO-RAMOS, AXXX XXX 002, and verified that he is a native and citizen of Honduras.

6. According to immigration records, on October 31, 2018 ALBERTO-RAMOS was convicted of Child Abuse-Intentional Act, in violation of Florida Statute 827.03, in Indian River County, in case number 312018CF000242A and sentenced to two-hundred fifty four days (254) of incarceration and five (5) years of probation.

7. According to these immigration records, on November 8, 2018, ALBERTO-RAMOS was ordered removed from the United States. On November 19, 2018, he was removed from the United States to Honduras.

8. Border Patrol entered ALBERTO-RAMOS's October 30, 2022 arrest fingerprint card into the IDENT system, a biometric database maintained by the Department of Homeland Security. The October 30, 2022 fingerprints matched the fingerprints ALBERTO-RAMOS provided when he was previously removed from the United States.

9. A record check in the Computer Linked Application Informational Management System (CLAIMS) verified that no records exist indicating that ALBERTO-RAMOS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to establish that, on or about October 30, 2022, ALBERTO-RAMOS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the

express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Pablo Ponce
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __2nd__ day of November 2022.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3