UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14066-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SALVADOR ALBERTO-RAMOS**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 20]. On January 11, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 17] during which Defendant pled guilty to the sole count of the Indictment [ECF No. 10] pursuant to a stipulation of facts [ECF No. 18]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the sole count of the Indictment [ECF No. 10]. Defendant has filed notice of no objections to the Report [ECF No. 21].

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Salvador Alberto-Ramos** as to the sole count of the Indictment is **ACCEPTED**.

CASE NO. 22-14066-CR-CANNON

3. Defendant **Salvador Alberto-Ramos** is adjudicated guilty of the sole count of the Indictment, which charges him with reentry of a previously removed alien, in violation of 8 U.S.C. § 1326(a) and (b)(1) [ECF No. 10].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 3rd day of February 2023.

*[signature]*

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record